

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

TIMECKA GREEN, )
 )
    Petitioner, )
 )
v. ) CASE NOS. CV417-001
 ) CR415-204
UNITED STATES OF AMERICA, )
 )
    Respondent. )
 )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 7), to which objections have been filed (Doc. 8; Doc. 9). After a careful de novo review of the record, the Court concludes that Petitioner's objections are without merit. Accordingly, the Report and Recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Petitioner's 28 U.S.C. § 2255 Petition is **DENIED**. In addition, Petitioner is not entitled to a Certificate of Appealability, rendering moot any request for in forma pauperis status on appeal. The Clerk of Court is **DIRECTED** to close this case.

In her objections, Petitioner maintains that her decision not to file a notice of appeal was unknowing because her attorney failed to properly explain both the advantages and disadvantages of appealing her conviction and sentence. (Doc. 9 at 2.) Petitioner argues that counsel left her with the impression that filing a notice of appeal would result in her

receiving a longer sentence. (Id.) The Court is unpersuaded by Petitioner's argument. In the fully executed Post-Conviction Consultation Certification, Petitioner declared that counsel "advised []her about the advantages and disadvantages of pursuing an appeal." (CR415-204, Doc. 126.)

SO ORDERED this 4th day of May 2017.

_____
WILLIAM T. MOORE, JR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA